

Ann Marie Stinnett <ams@stinnettlawgroup.com>

## request for interview

**Karen Drew <kdrew@wdiv.com>**  Mon, Jan 24, 2011 at 2:53 PM
To: ams@stinnettlawgroup.com

Dear Ann Marie,

My name is Karen Drew – I'm one of the Anchors and Investigative Reporters at WDIV TV.

I was hoping to do a story on your lawsuit against Brooks Kushman and wanted to know if you would be willing to talk on camera about what you went through and where the case stands now.

If you could call me back or email me I would greatly appreciate it. I was hoping to see if you had time perhaps Tuesday or Wednesday to do an interview.

I look forward to hearing from you !

Karen Drew

Anchor/Reporter

WDIV TV Detroit

313 222 0521

248 227 1710 ( cell)

kdrew@wdiv.com