UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANN MARIE STINNETT,

        Plaintiff,

v.

BROOKS KUSHMAN, P.C. and
MARK A. CANTOR,
jointly and severally,

        Defendants.
_____/

CASE NO. 10-cv-15043

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

LAURIE J. MICHELSON
UNITED STATES MAGISTRATE JUDGE

**ORDER DENYING AS MOOT (1) PLAINTIFF'S MOTION FOR CLARIFICATION AND/OR RECONSIDERATION (Dkt. No. 21), and (2) PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S SUPPLEMENTAL BRIEF, OR ALTERNATIVELY, MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF (Dkt. No. 24)**

On February 17, 2011, the Court issued an Opinion and Order (1) Granting in Part Defendant's Motion to Strike Portions of Initial Complaint Pursuant to Fed. R. Civ. P. 8, (2) Requiring Filing of Reformulated Complaint by February 22, 2011, and (3) Preserving Sealed Initial Complaint. (Dkt. No. 11.) On March 3, 2011, Plaintiff filed under seal a Motion for Clarification and/or Reconsideration of the February 17 Order. (Dkt. No. 21.)

Plaintiff's Motion for Clarification and/or Reconsideration raises issues that were addressed by the Court in its July 7, 2011 Order Granting in Part and Denying in Part Plaintiff's Motion for Reconsideration. (Dkt. No. 71.) The Court therefore denies the instant Motion for Clarification and/or Reconsideration as moot.

On February 23, 2011, in response to Plaintiff filing an Amended Second Complaint that

1

violated the Court's February 17, 2011 Order, Defendants filed a Motion to Strike the Amended Second Complaint. (Dkt. No. 14.) After the hearing on the Motion to Strike, Defendants filed a Supplemental Brief. (Dkt. No. 20.) Plaintiff then filed a Motion to Strike Defendants' Supplemental Brief, or Alternatively, Motion for Leave to File Supplemental Brief. (Dkt. No. 24.)

The Court ruled on Defendants' Motion to Strike on April 25, 2011. (Dkt. No. 42.) The Court thus finds that Plaintiff's Motion to Strike Defendants' Supplemental Brief, or Alternatively, Motion for Leave to File Supplemental Brief, is now moot, and denies the motion.

**SO ORDERED.**

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 7-12-11